## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GARY MICHAEL WESTWOOD,** | |
| **Plaintiff,** | **8:25CV308** |
| **vs.** | |
| **MENARD, INC., and INTEGRATED BUILDERS, INC.,** | **AMENDED CASE PROGRESSION ORDER** |
| **Defendants.** | |

This matter comes before the Court on the parties' Stipulated Motion to Continue Progression Order (Filing No. 23).  After review of the parties' motion, the Court finds good cause to grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Stipulated Motion to Continue Progression Order (Filing No. 23) is granted, and the case progression order is amended as follows:

1) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended to:

   | | |
   |---|---|
   | For the plaintiff: | **May 29, 2026** |
   | For the defendants: | **June 29, 2026** |
   | For rebuttal: | **July 13, 2026** |

2) The deadlines for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended to:

   | | |
   |---|---|
   | For the plaintiff: | **June 29, 2026** |
   | For the defendants: | **July 29, 2026** |
   | Plaintiff's rebuttal: | **August 12, 2026** |

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **September 14, 2026**.

4) The planning conference set for April 15, 2026, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **September 16, 2026**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **September 28, 2026**.

6) The deadline for filing motions to dismiss and motions for summary judgment is extended to **October 12, 2026**.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 29th day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge